**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| **HELENA TROPE** <br> **a/k/a LINDA TROPE, et al.** <br><br>     **Plaintiffs** <br><br> v. <br><br> **NEW ENGLAND COMPOUNDING** <br> **PHARMACY, INC. d/b/a** <br> **NEW ENGLAND COMPOUNDING** <br> **CENTER, et al.** <br><br>     **Defendants** | * <br> * <br> * <br> * <br> * <br> * <br> * <br> *      **CASE NO. 1:13-cv-00183-RDB** |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF STAY BY REASON OF BANKRUPTCY

The defendant, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB. Pursuant to 11 U.S.C. § 362(a) all actions against NECC are stayed.

Respectfully submitted,

*/s/ Aaron L. Moore*
Bonnie J. Beavan (09669)
bjb@gdldlaw.com
Renee N. Sewchand (27977)
rns@gdldlaw.com
Aaron L. Moore (29476)
amoore@gdldlaw.com
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland   21202
(410) 783-4000 (office)
(410) 783-4040 (facsimile)
***Counsel for New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center, et al.***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of foregoing Notice of Stay by Reason of Bankruptcy was e-mailed and filed via CM/ECF on this 18th day of February, 2013, which will send a Notice of Electronic Filing (NEF) to the following:

| | |
|---|---|
| Barry J. Nace<br>bjn@paulsonandnace.com<br>Jonathan B. Nace<br>jnace@paulsonandnace.com<br>Paulson and Nace, PLLC<br>1615 New Hampshire Ave N.W.<br>Washington, DC 20009<br>(202) 463-1999 (office)<br>(202) 223-6824 (facsimile)<br>***Counsel for Plaintiffs*** | Franklin Levy<br>flevy@lawson-weitzen.com<br>Ryan Ciporkin<br>rciporkin@lawson-weitzen.com<br>Lawson & Weitzen, LLP<br>88 Black Falcon Avenue<br>Boston, MA 02210<br>(617) 439-4990 (office)<br>(617) 439-3987 (facsimile)<br>***Counsel for Alaunus Pharmaceutical, LLC*** |
| Matthew P. Moriarty<br>Matthew.Moriarty@tuckerellis.com<br>Richard Dean<br>Richard.Dean@tuckerellis.com<br>Tucker Ellis LLP<br>925 Euclid Avenue, Suite 1150<br>Cleveland, OH 44115-1414<br>Direct: 216-696-2276 (office)<br>Fax: 216-592-5009 (facsimile)<br>***Counsel for Ameridose LLC*** | Dan Rabinovitz<br>dmr@michaelsward.com<br>Michaels, Ward & Rabinovitz, LLP<br>One Beacon Street<br>2nd Floor<br>Boston, MA 02108<br>(617) 350-4040 (office)<br>(617) 350-4050 (facsimile)<br>***Counsel for Medical Sales Management, Inc.*** |

    */s/ Aaron L. Moore*
    Aaron L. Moore (29476)