# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | |
|---|---|
| HELENA TROPE a/k/a LINDA TROPE, et al. | * |
| Plaintiffs | * |
| v. | CASE NO. 1:13-cv-00183-RDB |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a NEW ENGLAND COMPOUNDING CENTER, et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF STAY BY REASON OF BANKRUPTCY

The defendant, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB. Pursuant to 11 U.S.C. § 362(a) all actions against NECC are stayed.

Request GRANTED This 18th Day of February, 2013.

_____
Richard D. Bennett
United States District Judge