UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| HELENA TROPE a/k/a LINDA TROPE and LAWRENCE TROPE,  )<br>)<br>) | |
| Plaintiffs,  ) | CIVIL ACTION |
| )<br>v.  )<br>) | NO. 13-CV-00183-RDB |
| NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER; AMERIDOSE, LLC; ALAUNUS PHARMACEUTICAL, LLC; MEDICAL SALES MANAGEMENT, SW, INC.; BARRY J. CADDEN, LISA CADDEN, and GREG CONIGLIARO,  )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants.  ) | |

## ORDER

This action is one of many federal court actions filed in various districts against New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), Ameridose, LLC ("Ameridose"), Medical Sales Management Inc. ("MSM"), Alaunus Pharmaceutical, LLC ("Alaunus"), Barry Cadden, Lisa Conigliaro Cadden, Gregory Conigliaro (collectively, the "Defendants"), alleging that Plaintiffs have suffered as a result of being injected with a steroid compound distributed by NECC.

Certain plaintiffs in other districts filed a Motion for Transfer and Consolidation of Related Cases (the "MDL Motion") with the Judicial Panel on Multidistrict Litigation (the "Panel") seeking to coordinate all actions for pretrial discovery and proceedings pursuant to 28 U.S.C. § 1407(a). On February 12, 2013, the Panel issued an Order that, pursuant to 28 U.S.C. § 1407, certain actions are transferred to the District of Massachusetts and, with the consent of that court, assigned to the Honorable F. Dennis Saylor IV for coordinated or consolidated pretrial

proceedings. On February 14, 2013, the Panel issued a Conditional Transfer Order # 1 ordering that, pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) listed on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Massachusetts for the reasons stated in the order of February 12, 2013, and, with the consent of that court, assigned to the Honorable F. Dennis Saylor. This action brought by Helena Trope and Lawrence Trope against NECC, Ameridose, MSM, Alaunus, and the other co-defendants is one of several actions that are listed in the schedule attached to the Panel's Conditional Transfer Order #1.

In light of pending conditional transfer of this action to the MDL in Massachusetts, it is hereby ORDERED that the time for the Defendants NECC, Ameridose, Alaunus, and MSM to answer or otherwise respond to the Plaintiffs' Complaint is extended until March 15, 2013.

Dated: February 19, 2013

_____
Richard D Bennett
United States District Judge