**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| HELENA TROPE a/k/a Linda Trope *et al.* : | |
| : | Case No.: 1:13-cv-00183-RDB |
| Plaintiffs, : | |
| v. : | |
| NEW ENGLAND COMPOUNDING PHARMACY, INC., *et al.* : | |
| Defendants. : | |

**PROPOSED ORDER**

UPON CONSIDERATION of Plaintiffs' Motion for Leave to File Amended Complaint and any opposition, it is this _____ day of _____, 2013 **ORDERED** that Plaintiffs' Motion is **GRANTED.** Plaintiffs' Amended Complaint shall be deemed filed as of the date of the docketing of this order, and any responsive pleading shall be due within twenty days thereof.

_____
Judge