# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (NORTHERN DIVISION)

| | | |
|---|---|---|
| **HELENA TROPE** | * | |
| **a/k/a LINDA TROPE, et al.** | | |
| | * | |
| **Plaintiffs** | | |
| | * | |
| **v.** | | **CIVIL ACTION NO. 1:13-cv-00183-RDB** |
| | * | |
| **NEW ENGLAND COMPOUNDING** | | |
| **PHARMACY, INC. d/b/a** | * | |
| **NEW ENGLAND COMPOUNDING** | | |
| **CENTER, et al.** | * | |
| | | |
| **Defendants** | * | |

*   *   *   *   *   *   *   *   *   *   *   *   *

## <u>ENTRY OF APPEARANCE</u>

Please enter the appearance of Bonnie J. Beavan, Renee Sewchand, Aaron L. Moore and

Goodell, DeVries, Leech & Dann, LLP as counsel for Defendant, New England Compounding

Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), Barry J. Cadden, Lisa

Cadden, and Greg Conigliaro in the above-entitled matter.

Respectfully submitted,


*/s/ Aaron L. Moore*
Bonnie J. Beavan (09669)
bjb@gdldlaw.com
Renee N. Sewchand (27977)
rns@gdldlaw.com
Aaron L. Moore (29476)
amoore@gdldlaw.com
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000 (office)
(410) 783-4040 (facsimile)
**Counsel for New England Compounding
Pharmacy, Inc., d/b/a New England
Compounding Center, Barry J. Cadden,
Lisa Cadden, and Greg Conigliaro**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of foregoing Entry of Appearance was e-mailed and filed via CM/ECF on this 15th day of March, 2013, which will send a Notice of Electronic Filing (NEF) to the following:

Barry J. Nace
bjn@paulsonandnace.com
Jonathan B. Nace
jnace@paulsonandnace.com
Paulson and Nace, PLLC
1615 New Hampshire Ave N.W.
Washington, DC 20009
(202) 463-1999 (office)
(202) 223-6824 (facsimile)
*Counsel for Plaintiffs*

Franklin Levy
flevy@lawson-weitzen.com
Ryan Ciporkin
rciporkin@lawson-weitzen.com
Lawson & Weitzen, LLP
88 Black Falcon Avenue
Boston, MA 02210
(617) 439-4990 (office)
(617) 439-3987 (facsimile)
*Counsel for Alaunus Pharmaceutical, LLC*

Matthew P. Moriarty
Matthew.Moriarty@tuckerellis.com
Richard Dean
Richard.Dean@tuckerellis.com
Tucker Ellis LLP
925 Euclid Avenue, Suite 1150
Cleveland, OH 44115-1414
Direct: 216-696-2276 (office)
Fax: 216-592-5009 (facsimile)
*Counsel for Ameridose LLC*

Dan Rabinovitz
dmr@michaelsward.com
Michaels, Ward & Rabinovitz, LLP
One Beacon Street
2nd Floor
Boston, MA 02108
(617) 350-4040 (office)
(617) 350-4050 (facsimile)
*Counsel for Medical Sales Management, Inc.*

*/s/ Aaron L. Moore*
Aaron L. Moore (29476)

4849-0670-8499, v. 1